NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-5030

EVANGELA A. FORBES,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Jules Bernstein, Bernstein & Lipsett, P.C., of Washington, DC, argued for plaintiff-appellant. With him on the brief was Linda Lipsett. Of counsel on the brief was Edgar James, James & Hoffman, P.C., of Washington, DC. Of counsel was Emilie S. Kraft.

Shalom Brilliant, Senior Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Director.

Appealed from: United States Court of Federal Claims

Judge Charles F. Lettow

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-5030

EVANGELA A. FORBES,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

# Judgment

ON APPEAL from the United States Court of Federal Claims

in CASE NO. 06-CV-510.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (BRYSON, CLEVENGER, and DYK, Circuit Judges.)

AFFIRMED.  See Fed. Cir. R. 36

ENTERED BY ORDER OF THE COURT

DATED: October 13, 2009          /s/ Jan Horbaly_____

                                            Jan Horbaly, Clerk